## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

### DEBTOR'S CHANGE OF ADDRESS

CASE NUMBER: 4-07-bk-00556 PL JMM

CHAPTER: 13

DEBTORS' NAMES: KRISTOPHER DWIGHT KLOKKE (ONLY)

NEW ADDRESS: 1564 N MORRISON APT 720
CASA GRANDE AZ 85222

ATTORNEY SIGNATURE: /s/ ABC #016872

DATED: 6/3/2007