# OFFICE OF THE CHAPTER 13 TRUSTEE
### DIANNE CRANDELL KERNS, TRUSTEE

## MEMORANDUM TO CLERK OF THE COURT

**CASE NAME: KRISTOPHER & TAMMY KLOKKE**
**CASE NUMBER: 07-00556-PL-JMM**

☐ There have been no problems with this case, therefore there has been no activity on the docket. The debtor(s) has/have been making the payments and the case has been progressing as expected.

☒ This case has been dismissed; we have disbursed the funds in accordance with the orders that have been filed with the court. The Trustee's office is waiting for outstanding checks to clear before the Trustee's Final Report can be filed with the court. Once checks have cleared a Trustee's Final Report will be uploaded with the court.

☐ This case has been converted; we have disbursed the funds in accordance with the orders that have been filed with the court. The Trustee's office is waiting for outstanding checks to clear before the Trustee's Final Report can be filed with the court. Once checks have cleared a Trustee's Final Report will be uploaded with the court.

☐ This case has been completed; we have disbursed the funds in accordance with the orders that have been filed with the court. The discharge has been entered in the Trustee's system. The Trustee's office is waiting for outstanding checks to clear before the Trustee's Final Report can be filed with the court. Once checks have cleared a Trustee's Final Report will be uploaded with the court.

☐ Other:

**Date: 07/22/2008**

**Address of the Chapter 13 Trustee:**
Dianne Crandell Kerns, Trustee
PMB 413
7320 N. La Cholla #154
Tucson, AZ 85741-2305