|   |   |   |
|---|---|---|
| 1 | **DIANNE C. KERNS, ESQ.**<br>**CHAPTER 13 TRUSTEE** | **THIS ORDER IS APPROVED.**<br><br>**Dated: October 22, 2008**  |
| 2 | PMB #413<br>7320 NORTH LA CHOLLA #154 | |
| 3 | TUCSON AZ 85741<br>Telephone (520)544-9094 | _____ |
| 4 | Fax (520)544-7894 | **JAMES M. MARLAR**<br>**U.S. Bankruptcy Judge** |

**UNITED STATES BANKRUPTCY COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| | ) |
| KRISTOPHER DWIGHT KLOKKE | ) Case No.: 07-00556-PL-JMM |
| | ) |
| TAMMY MARIE KLOKKE | ) **ORDER FOR PAYMENT OF** |
| | ) **UNCLAIMED FUNDS TO THE** |
| | ) **U.S. BANKRUPTCY COURT** |
| | ) |
| Debtors | ) |

UPON APPLICATION OF Dianne C. Kerns, Esq., Standing Chapter 13 Trustee, and good cause appearing;

IT IS HEREBY ORDERED that the Trustee pay over the amount of $412.10 to the Clerk of the United States Bankruptcy Court pursuant to Bankruptcy Rule 3010, and Section 347(a) of the Bankruptcy Code.

Dated: _____

_____
**UNITED STATES BANKRUPTCY JUDGE**



Case 4:07-bk-00556-JMM    Doc 38    Filed 10/22/08    Entered 10/23/08 08:36:39    Desc
Main Document    Page 1 of 1